IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICRON TECHNOLOGY, INC., )
and )
MICRON SEMICONDUCTOR PRODUCTS, INC., )
)
)
Plaintiff, )
v. ) Civil Action No.: 3:06CV132
)
RAMBUS, INC., a California Corporation, )
)
Defendant. )
)
)

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Micron Technology, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: February 21, 2006            Respectfully submitted,

MICRON TECHNOLOGY, INC.

By: _____
Counsel

HUGH M. FAIN, III (VSB No. 26494)
DANA D. MCDANIEL (VSB No. 25419)
M.F. CONNELL
  MULLINS, JR. (VSB No. 47213)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100




JOHN B. QUINN
WILLIAM C. PRICE
JON R. STEIGER
DOMINIC SURPRENANT
DIANE C. HUTNYAN
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
(motions for admission
  pro hac vice to be filed)

Counsel for Plaintiffs
Micron Technology, Inc. and
Micron Semiconductor Products, Inc.