IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS, INC., a California Corporation, <br><br> Defendant. | Civil Action No.: 3:06CV132 <br><br> 06-269 |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Micron Semiconductor Products, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**Micron Technology, Inc.**

Dated: February 21, 2006

Respectfully submitted,

MICRON SEMICONDUCTOR PRODUCTS, INC.

By: _____
           Counsel

HUGH M. FAIN, III (VSB No. 26494)
DANA D. MCDANIEL (VSB No. 25419)
M.F. CONNELL
  MULLINS, JR. (VSB No. 47213)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100



JOHN B. QUINN
WILLIAM C. PRICE
JON R. STEIGER
DOMINIC SURPRENANT
DIANE C. HUTNYAN
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
(motions for admission
  pro hac vice to be filed)

Counsel for Plaintiffs
Micron Technology, Inc. and
Micron Semiconductor Products, Inc.