IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR
PRODUCTS, INC.,

        Plaintiffs,

v.                              Civil Action No.: 3:06CV132-REP

RAMBUS INC.,

        Defendant.

### [PROPOSED] AGREED ORDER

On this day came the plaintiffs Micron Technology, Inc. and Micron Semiconductor Products, Inc. ("Micron") and the defendant Rambus Inc. ("Rambus"), by counsel, upon the parties' request for extensions of time in connection with the responsive pleadings to be filed in this matter and the briefing schedule set forth in Local Rule 7(F)(1), and upon the agreement of the parties and for good cause shown, it is hereby ORDERED that

Rambus shall have until Tuesday, April 11, 2006 to file and serve its Answer and any Motion to Dismiss and Brief in Support thereof.

Plaintiffs shall have until Monday, May 8, 2006 to file and serve their Brief in Opposition to any Motion to Dismiss filed by Rambus.

Rambus shall have until Monday, May 15, 2006 to file and serve its Reply Brief in Support of any Motion to Dismiss.

The initial pretrial conference in this matter is continued to Thursday, May 18, 2006 at 9:00 a.m.

The Clerk shall send copies of this Order to counsel of record.

It is SO ORDERED.

/s/ John E. Payne
United States District Judge

Richmond, VA

Date: March 24, 2006

*SEEN AND AGREED:*

_____
Michael W. Smith VSB 01125
Craig T. Merritt VSB 20281
R. Braxton Hill, IV VSB 41539
CHRISTIAN & BARTON, LLP
909 East Main Street, Ste. 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Attorneys for Defendant
RAMBUS INC.

*SEEN AND AGREED:*

_____
Hugh M. Fain, III VSB 26494
Dana D. McDaniel VSB 25419
M.F. Connell Mullins, Jr. VSB 47213
SPOTTS FAIN PC
411 East Franklin Street, Ste. 600
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

William C. Price
Jon R. Steiger
Dominic Surprenant
Diane C. Hutnyan
QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs
MICRON TECHNOLOGIES, INC., et al.

750511.3

Thomas C. Green, *pro hac vice application pending*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8069
Facsimile: (202) 736-8711

Attorneys for Defendant
RAMBUS INC.

750511.3