IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS INC., | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 06-269-KAJ |
| RAMBUS INC., | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Having considered Rambus's Motion To Extend Time To Respond To Micron's Complaint, the Court HEREBY ORDERS that Rambus may have until May 26, 2006 in which to move, answer or otherwise plead in response to Micron's complaint.

Dated: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

519478

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>RICHARDS LAYTON & FINGER
>One Rodney Square
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 12, 2006 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 | Matthew D. Powers, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)