IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | Civil Action No. 06-269-KAJ |

**PLAINTIFF MICRON TECHNOLOGY, INC.'S STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Rule 81.2 of the Delaware District Court's Local Rules, counsel for Micron states that there are two pending motions requiring judicial action. The first, filed by Micron, seeks consolidation of this case with the prior action, captioned *Micron Technology, Inc. v. Rambus Inc*, C.A. No. 00-792-KAJ. (D.I. 26). The second, filed by Rambus, seeks an extension of time to respond to the complaint filed by Micron in the Eastern District of Virginia on February 21, 2006 and docketed as this action on April 25, 2006. (D.I. 27). Micron respectfully requests an opportunity to respond briefly to Rambus' motion for an extension of time.

*Of Counsel*

WEIL, GOTSHAL & MANGES LLP
Matthew D. Powers
Jared Bobrow
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
William C. Price
Jon R. Steiger
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Dated: May 15, 2006

/s/ Frederick L. Cottrell
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Micron Technology, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I electronically filed and hand delivered the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>
>Josy W. Ingersoll, Esquire
>Young Conaway Stargatt & Taylor
>Rodney Square North
>P.O. Box 391
>Wilmington, DE 19899-0391

I hereby certify that on May 15, 2006, I transmitted the document by Federal Express to the following non-registered participant:

| | |
|---|---|
| Marc E. Raven, Esquire<br>Sidley Austin Brown & Wood LLP<br>10 S. Dearborn Street<br>Chicago, IL 60603 | Gregory P. Stone, Esquire<br>Munger Tolles & Olson<br>355 South Grande Avenue, 35th Floor<br>Los Angeles, CA 90071 |

_____
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2855095-1