IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-269-KAJ |

## DEFENDANT RAMBUS INC.S MOTION TO DISMISS

Defendant Rambus Inc. hereby moves to dismiss, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, the Complaint in this action. The reasons for this motion are set forth in Rambus's opening brief being filed in support of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

V. Bryan Medlock, Jr.
Charles W. Douglas
Thomas K. Cauley, Jr.
SIDLEY AUSTIN LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gregory P. Stone
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100

May 26, 2006
522395

/s/ Mary B. Graham (#2256)
Mary B. Graham (#2256)
Rodger D. Smith (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant Rambus Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Frederick L. Cottrell, III, Esquire
> RICHARDS LAYTON & FINGER
> One Rodney Square
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 26, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL**

Frederick L. Cottrell, III, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL**

Matthew D. Powers, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)