# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL
(302) 651-7881
King@RLF.COM

June 1, 2006

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Micron Technology v. Rambus, C.A. No. 00-792-KAJ and
Micron Technology v. Rambus, C.A. No. 06-269-KAJ**

Dear Judge Jordan:

On Tuesday, May 30, 2006, Micron filed its *Reply Memorandum in Support of Its Motion to Consolidate* (D.I. 781) and briefing is now complete. Pursuant to Local Rule 7.1.4, Micron respectfully requests oral argument on the motion.

Should Your Honor have any questions, counsel is available at the Court's convenience.

Respectfully,

Matthew W. King (#4566)

MWK/cml

cc: Clerk of the Court (via hand delivery)
Mary Graham, Esquire (via hand delivery)
Greg Stone, Esquire (via telecopy)
Matthew Powers, Esquire (via telecopy)
Jared Bobrow, Esquire (via telecopy)
Glen Summers, Esquire (via telecopy)