IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS INC.,<br><br>        Plaintiffs,<br>  v.<br><br>RAMBUS INC.,<br><br>        Defendant. | C.A. No. 06-269-KAJ |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time within which Rambus Inc. may serve and file its reply brief in support of Rambus Inc.'s Motion to Dismiss (D.I. 33) is extended through and including Thursday, June 29, 2006.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Frederick L. Cottrell, III* | */s/ Mary B. Graham* |
| Frederick L. Cottrell, III (#2555)<br>Matthew W. King (#4566)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 | Mary B. Graham (#2256)<br>Rodger D. Smith (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |
| *Attorneys for Plaintiff*<br>*Micron Technology, Inc.* | *Attorneys for Defendant Rambus Inc.* |

SO ORDERED this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

525149