# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

July 5, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Lockbox 19
Wilmington, DE 19801

Re: *Micron Technology v. Rambus*, C.A. No. 06-269-KAJ

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, Micron Technology, Inc. respectfully requests that Your Honor schedule oral argument on Rambus Inc.'s Motion to Dismiss (D.I. 33) (the "Motion"). The briefing on the Motion (D.I. Nos. 33, 37 and 39) was completed on June 29, 2006.

Respectfully,

*[signature]*

Matthew W. King

MXK
cc: Mary Graham,, Esq. (By hand delivery)
    Greg Stone, Esq. (By telecopy)
    Jared Bobrow, Esq. (By telecopy)
    Matthew Powers, Esq. (By telecopy)
    Jon Steiger, Esq. (By telecopy)

RLF1-3033726-1