IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | C. A. No. 06-269-*** |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and Anne Shea Gaza of Richards, Layton & Finger are substituted for Matthew W. King of Richards, Layton & Finger, as counsel for Plaintiff Micron Technology, Inc.

*Of Counsel:*

WEIL, GOTSHAL & MANGES LLP
Matthew D. Powers
Jared Bobrow
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
William C. Price
Jon R. Steiger
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Dated: March 12, 2007

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Anne Shea Gaza (#4053)
Gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Micron Technology, Inc.

RLF1-3125577-1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007 I electronically filed and hand delivered the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I hereby certify that on March 12, 2007 I transmitted the document by Federal Express to the following non-registered participants:

>Gregory P. Stone, Esquire
>Munger Tolles & Olson
>355 South Grande Avenue, 35th Floor
>Los Angeles, CA 90071

Frederick L. Cottrell, III (#2555)
(cottrell@rlf.com)