# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

March 30, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Micron Technology v. Rambus*, C.A. No. 00-792-***
*Micron Technology, Inc., et al. v. Rambus Inc.*, C.A. 06-269-***

Dear Magistrate Judge Thynge:

We write on behalf of Micron Technology, Inc. and Micron Semiconductor Products, Inc. ("Micron") in connection with the above-referenced matters. On March 29, 2007, the Court entered a stipulation granting Micron permission to submit a renewed motion to consolidate and setting a briefing schedule for the motion. (00-792-***) (D.I. 931). Micron wishes to inform the Court that it has decided not to file a motion to consolidate at this time. Micron reserves its right to file such a motion in the future. As always, if the Court has any questions, please do not hesitate to contact me.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg

cc: Mary Graham, Esquire (via e-filing)
Thomas D. Cauley, Esquire (via e-mail)
Gregory P. Stone, Esquire (via e-mail)
Matthew Powers, Esquire (via e-mail)
Jared Bobrow, Esquire (via e-mail)
William Price, Esquire (via e-mail)
Jon Steiger, Esquire (via e-mail)

RLF1-3133238-1