IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RAMBUS INC., <br>     Defendant and Counterclaim Plaintiff. | C.A. No. 00-792- SLR |
| MICRON TECHNOLOGY, INC.; and <br> MICRON SEMICONDUCTOR <br> PRODUCTS, INC., <br>     Plaintiffs, <br><br> v. <br><br> RAMBUS INC., <br>     Defendant. | C.A. No. 06-269- SLR |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Shahin Rezvani to represent Micron Technology, Inc. and Micron Semiconductor Products, Inc. in this matter.

Dated: July 18, 2007

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Anne S. Gaza (#4093)
Gaza@rlf.com

Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiffs and Counterclaim Defendants
Micron Technology, Inc. and Micron Semiconductor
Products, Inc.

08897/2156377 1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July __, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Court for the Central District of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July __, 2007          Signed: _____
                                     Shahin Rezvani
                                     QUINN EMANUEL URQUHART
                                     OLIVER & HEDGES, LLP
                                     865 South Figueroa Street, 10th Floor
                                     Los Angeles, CA 90017
                                     (213) 443-3000

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007 I electronically filed and hand delivered the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I hereby certify that on July 18, 2007 I transmitted the document by Federal Express to the following non-registered participants:

> Gregory P. Stone, Esquire
> Munger Tolles & Olson
> 355 South Grande Avenue, 35th Floor
> Los Angeles, CA 90071

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
(cottrell@rlf.com)