IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-269-SLR |
| | ) |
| RAMBUS INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 31st day of March, 2008, having reviewed the papers submitted in connection with plaintiff's motion to consolidate;

IT IS ORDERED that said motion (D.I. 26) is denied, the court failing to perceive any judicial economies in such procedure.

                                                                              /s/ *signature*
                                                  United States District Judge