IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>RAMBUS INC.,<br><br>           Defendant. | Civil Action No. 06-269-SLR |

## STIPULATION AND ORDER

It is hereby stipulated by and between the parties, through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(A)(1)(ii):

1.   Plaintiff Micron Technology, Inc. and Micron Semiconductor Products, Inc. hereby dismiss this action with prejudice.

2.   Rambus Inc. hereby agrees that it will not argue that this dismissal with prejudice constitutes res judicata or collateral estoppel with respect to any claims, counterclaims or defenses of Micron Technology, Inc. and Micron Semiconductor Products, Inc. that have been asserted as of April 10, 2008, in: (i) the action styled *Micron Technology, Inc. v. Rambus Inc.*, in the United States District Court for the District of Delaware, Civil Action No. 00-792 (SLR); (ii) the action styled *Rambus Inc. v. Micron Technology, Inc., et al.*, in the Superior Court of the State of California for the County of San Francisco, Case No. CGC 04-431105; or (iii) the action styled *Rambus, Inc. v. Micron Technology, Inc. and Micron Semiconductor Products, Inc.*, in the United States District Court for the Northern District of California, Case No. C 06-00244 RMW.

3.  Each party shall bear its own costs and attorneys' fees in connection with this action.

| | |
|---|---|
| */s/ Anne Shea Gaza (#4093)* | */s/ Mary B. Graham (#2256)* |
| Frederick L. Cottrell, III (#2555) | Mary B. Graham (#2256) |
| Cotrrell@rlf.com | Rodger D. Smith (#3778) |
| Anne Shea Gaza (#4093) | 1201 N. Market Street |
| gaza@rlf.com | P.O. Box 1347 |
| RICHARDS, LAYTON & FINGER | Wilmington, DE 19899-1347 |
| One Rodney Square | (302) 658-9200 |
| P.O. BOX 551 | |
| Wilmington, DE 19899 | *Attorneys for Defendant Rambus Inc.* |
| (302) 651-7700 | |

*Attorneys for Plaintiffs Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

Dated: April 11, 2008

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge